

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2025

No. 04-25-00474-CV

**IN RE** Chase Allen **CURTIS**

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
Lori Massey Brissette, Justice
Velia J. Meza, Justice

On July 23, 2025, relator filed this petition for writ of mandamus requesting this court stay any order of enforcement of the award of real property contained in the final decree of divorce in the underlying proceedings and to compel the issuance of a supersedeas bond. Relator has filed a separate appeal of the final decree of divorce.[2] The relief requested in this petition for writ of mandamus was granted in that separate appeal[3] rendering this petition for writ of mandamus moot. The petition for writ of mandamus is **DENIED AS MOOT.**

It is so **ORDERED** on November 26, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of November, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2024-CI-23353, styled *In the matter of the marriage of Gabrielle Analisa Laplante and Chase Allen Curtis*, pending in the 454th Judicial District Court, Medina County, Texas, the Honorable Daniel J. Kindred presiding.

[2] *Chase Allen Curtis v. Gabrielle Analisa Laplante*, No. 04-24-00801-CV (Tex.-App. San Antonio [pending]).

[3] *Curtis*, No. 04-24-00801-CV (July 21, 2025 order).